# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAKETA JOLLY** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-1543** |
| | : | |
| **TROOPER STEPHEN M. KAMNIK** | : | |

## ORDER

This 13th day of April, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's malicious prosecution claim will not be submitted to the jury.

    /s/ Gerald Austin McHugh
United States District Judge