**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MAKETA JOLLY** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 21-1543** |
| | : | |
| **TROOPER STEPHEN M. KAMNIK** | : | |

**ORDER**

This 3rd day of September, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's motions for post-judgment relief, ECF 38, 40, and 42, are **DENIED.**

/s/ Gerald Austin McHugh
United States District Judge